ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --                              )
                                           )
United States Technologies, Inc.           )          ASBCA Nos. 59862, 60008
                                           )
Under Contract No. SPRHA5-12-C-0005        )

APPEARANCE FOR THE APPELLANT:              Brian S. Gocial, Esq.
                                             Blank Rome LLP
                                             Washington, DC

APPEARANCES FOR THE GOVERNMENT:            Daniel K. Poling, Esq.
                                             DLA Chief Trial Attorney
                                           Edward R. Murray, Esq.
                                           Michael O'Farrell, Esq.
                                             Trial Attorneys
                                           DLA Aviation
                                           Richmond, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 3 February 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59862, 60008, Appeals of United States Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals